# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRANCISCO MENDOZA CEDILLO, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>AL'S MARKET, LLC, et al.<br><br>    Defendants. | Case No. 1:20-cv-02122-DLF |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action with prejudice, parties to bear their own costs and attorneys' fees.

February 2, 2021

Respectfully submitted,

**CARR MALONEY P.C.**

By: /s/ Nat P. Calamis
NAT P. CALAMIS, #495680
2020 K Street NW, Suite 850
Washington, DC 20006
Phone: (202) 310-5500
Fax: (202) 310-5555
nat.calamis@carrmaloney.com

*Counsel for Defendants*

**DCWAGELAW**

By: /s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*